UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BRIAN DUECASTER,**

   Plaintiff,

v.   No. 4:25-cv-0062-P

**UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,**

   Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

This case was filed on January 24, 2025, by *pro se* Plaintiff Brian Duecaster. ECF No. 1. On January 27, 2025, the United States Magistrate Judge entered an order requiring Plaintiff to either pay the applicable filing and administrative fees or submit a long-form application to proceed *in forma pauperis*. ECF No. 6. The Magistrate Judge's order gave Plaintiff thirty days to do so. *Id.* Plaintiff's deadline came and went and on March 3, 2025, the Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 7. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that this case is **DISMISSED without prejudice.**

**SO ORDERED** on this **18th day of March 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE